# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GWENDOLYN CAMPBELL,<br><br>        Plaintiff,<br><br>v.<br><br>WOOD ENVIRONMENT & INFRASTRUCTURE SOLUTIONS, INC.,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-2365-JPB |

## J U D G M E N T

This action having come before the Court, Honorable J. P. Boulee, United States District Judge, on the Final Report and Recommendation of the Magistrate Judge, and the Court having adopted said recommendation as the order of this Court and granted Defendant's Motion for Summary Judgment, it is

**ORDERED AND ADJUDGED** that Plaintiff take nothing, that Defendant recover its costs of this action from Plaintiff, and the action be, and the same hereby is, **DISMISSED.**

Dated at Atlanta, Georgia this 29th day of March, 2022.

                                        KEVIN P. WEIMER
                                        CLERK OF COURT

                                        By: *s/ Charlotte Diggs*
                                                      Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
    March 29, 2022
Kevin P. Weimer
Clerk of Court

By: _s/ Charlotte Diggs_
      Deputy Clerk